## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Alexis R.L.S., | Civ. No. 26-356 (JWB/SGE) |
| Petitioner, | |
| v. | |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; U.S. Department of Homeland Security; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; U.S. Immigration and Customs Enforcement; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*, | **ORDER ON STIPULATION** |
| Respondents. | |

The Parties submitted a joint stipulation indicating that Respondents had released Petitioner Alexis R.L.S. from immigration custody, subject to conditions in an Order of Release on Recognizance. (*See* Doc. Nos. 7, 7-1.) Petitioner's release conditions including wearing an ankle monitor, remaining within a certain distance from his home, and attending a meeting at the St. Paul ICE Field Office. (*Id.*) The parties requested that the Court hold Petitioner's habeas petition in abeyance until January 28, 2026, when they would propose a briefing schedule to address whether the Petition is moot. (*Id.*)

**IT IS HEREBY ORDERED** that the Petition remains **HELD IN ABEYANCE**, subject to the following briefing schedule:

1. By **January 30, 2026**, the Parties shall each file a written memorandum,

not to exceed 10 pages, addressing:

    a.    Whether the Petition is moot.

    b.    Whether the conditions imposed on Petitioner's release are supported by any lawful authority under the immigration statutes or regulations, and, if Respondents contend that the conditions rest on Petitioner's agreement, whether such conditions are enforceable in light of principles of contract law, including duress, lack of consideration, and public policy.

    c.    In light of this Court's prior orders holding that 8 U.S.C. § 1225(b)(2) does not authorize the arrest or detention of noncitizens present in the interior of the United States, whether Respondents possess any statutory or regulatory authority to impose conditions of supervision in conjunction with release (including release on recognizance or similar instruments), and, if so, the source and scope of that authority.

2.    By **February 3, 2026**, each side may file a written reply, not to exceed 5 pages.

3.    Pending further court order, Respondents shall not re-detain Petitioner or impose any additional restraint on Petitioner's liberty, nor shall they remove Petitioner from the District of Minnesota, absent a new and independently lawful custody decision properly executed under the governing statutes.

4.    Nothing in this Order resolves the merits of the Petition.

Date: January 23, 2026                         *s/ Jerry W. Blackwell*
                                                         JERRY W. BLACKWELL
                                                         United States District Judge