UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Alexis R.L.S., | Civ. No. 26-356 (JWB/SGE) |
| Petitioner, | |
| v. | |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; U.S. Department of Homeland Security; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; U.S. Immigration and Customs Enforcement; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*, | **ORDER ON MOTION FOR PARTIAL RELIEF** |
| Respondents. | |

Petitioner Alexis R.L.S. seeks partial relief from the February 6, 2026 Order on Stipulation for Dismissal (Doc. No. 16), requesting that this matter be dismissed subject to the condition that Respondents not re-detain Petitioner absent materially changed circumstances. (Doc. No. 17.) That request is **GRANTED IN PART**.

Because the merits of Petitioner's habeas petition have not been reached, there has been no assessment of the alleged circumstances leading to his detention. Accordingly, the request for relief is granted only to the extent that it is based on the Parties' stipulation, not on any finding on the merits of Petitioner's allegations.

**ORDER**

Based on the foregoing, and on all the files, records, and proceedings of this case,

2

**IT IS HEREBY ORDERED** that:

1. Petitioner's motion for partial relief (Doc. No. 17) is **GRANTED IN PART**.

2. Based on the stipulation of the Parties (Doc. No. 14), this matter is **DISMISSED WITHOUT PREJUDICE**, and Respondents shall not re-detain Petitioner absent a material change from the circumstances alleged in the Petition.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 19, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge