# UNITED STATES DISTRICT COURT
## District of Minnesota

Alexis Rafael Lopez Suarez,

Petitioner,

v.

Pamela Bondi, Kristi Noem, U.S. Department of Homeland Security, Todd M. Lyons, U.S. Immigration and Customs Enforcement, and David Easterwood,

Respondents,

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00356-JWB-SGE

---

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's motion for partial relief (Doc. No. 17) is GRANTED IN PART.
2. Based on the stipulation of the Parties (Doc. No. 14), this matter is DISMISSED WITHOUT PREJUDICE, and Respondents shall not re-detain Petitioner absent a material change from the circumstances alleged in the Petition.

Date: 2/20/2026

KATE M. FOGARTY, CLERK